**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 14, 2015

Hon. Stephen B. Tyler
District Attorney
205 N. Bridge St., Suite 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Brendan W. Guy
Assistant District Attorney
205 N. Bridge Street, Ste 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Daniel Gilliam
County Court at Law No. 2
115 N. Bridge, Room 127
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Patti Hutson
Attorney at Law
110 E. Constitution
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00317-CR
Tr.Ct.No. 2-103177
Style:     In Re The State of Texas ex. rel. Stephen B. Tyler

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:     Hon. Heidi Easley (DELIVERED VIA E-MAIL)